# United States Court of Appeals
## For the First Circuit

No. 18-1109

UNITED STATES OF AMERICA,

Appellee,

v.

BRAD SMITH,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on March 15, 2019, is amended as follows:

On page 18, line 19, replace "conservation" with "conversation"